1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT

7                                        DISTRICT OF NEVADA

8                                                * * *

9    JENNIFER KWASNIEWSKI,, etc., *et al.*,    )
                                                )
10                                              )
                   Plaintiff,                   )        2:12-cv-515-GMN-RJJ
11                                              )
     vs.                                        )
12                                              )
                                                )
13   SANOFI-AVENTIS U.S., LLC,                   )               O R D E R
     etc., *et al.*,                            )
14                                              )
                                                )
15                 Defendant,                   )
     _____)
16

17          This matter is before the Court on Defendant Sanofi-Aventis, U.S., LLC's Response to

     Minute Order of June 7, Docket No. 30, Regarding Discovery Plan and Scheduling Order (#31).
18
            Defendant, Sanofi-Aventis, U.S., LLC filed a response to the court Order (#30) regarding
19
     a proposed discovery plan and scheduling. However, the Order Extending Time (#29) relates to
20
     the filing of a "joint status report" and does NOT extend the time for a discovery plan. Therefore,
21
            IT IS HEREBY ORDERED that the parties shall file a joint proposed discovery plan and
22
     scheduling order in compliance with the rules on or before July 6, 2012.
23
            DATED this  27th   day of June, 2012.
24

25

26
                                        _____
27                                      ROBERT J. JOHNSTON
                                        United States Magistrate Judge
28