UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNIFER KWASNIEWSKI,, etc., *et al.*, | )<br>) |
| Plaintiff, | ) 2:12-cv-515-GMN-RJJ<br>) |
| vs. | )<br>) |
| SANOFI-AVENTIS U.S., LLC, etc., *et al.*, | ) O R D E R<br>)<br>) |
| Defendant, | ) |

This matter is before the Court on Defendant Sanofi-Aventis, U.S., LLC's Response to Minute Order of June 7, Docket No. 30, Regarding Discovery Plan and Scheduling Order (#31).

Defendant, Sanofi-Aventis, U.S., LLC filed a response to the court Order (#30) regarding a proposed discovery plan and scheduling. However, the Order Extending Time (#29) relates to the filing of a "joint status report" and does NOT extend the time for a discovery plan. Therefore,

IT IS HEREBY ORDERED that the parties shall file a joint proposed discovery plan and scheduling order in compliance with the rules on or before July 6, 2012.

DATED this __27th__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge