UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNIFER KWASIEWSKI, etc., *et al*., ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-515-GMN-RJJ |
| ) | |
| vs. ) | |
| SANOFI-AVENTIS U.S., etc., *et al*., ) | **ORDER** |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on October 29, 2012; December 28, 2012; February 28, 2013; and, April 29, 2013.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  9th  day of October, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge