UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al. ) | |
| ) | |
| Plaintiffs, ) | 2:12-cv-00515-GMN-NJK |
| ) | |
| vs. ) | |
| ) | |
| SANOFI-AVENTIS U.S. LLC., et al., ) | **AMENDED O R D E R** |
| ) | |
| Defendants. ) | |
| ) | |

    Before the Court is the Plaintiffs' Motion to Extend Expert Disclosure Deadline filed on June 4, 2013. Docket No. 106. The motion requests to extend the expert disclosure deadline by 45 days after a ruling on the Motion to Compel, Docket No. 103.

    Pursuant to LR 6-1, requests for extensions of time filed before the expiration of the specified period must be supported by good cause and state the reasons for the requested extension. The Plaintiffs explain that regardless of how the Motion to Compel is decided, they will need additional time to provide their experts the proper documents. Additionally, the Plaintiffs have shown that both parties have been diligent in attempting complete discovery and resolve the underlying motion to compel without Court involvement. Accordingly, the Court finds that the Plaintiffs have shown good cause for the requested extension.

    Having reviewed the matter, and for good cause shown,

...

...

**IT IS HEREBY ORDERED** that the Defendants' Motion to Extend Expert Disclosure Deadline (#106) is **GRANTED.**

**IT IS FURTHER ORDERED** that within 7 days after the Court rules on the pending Motion to Compel, the parties must file a revised discovery plan and scheduling order with proposed new deadlines.

DATED: June 5, 2013

_____
**NANCY J. KOPPE**
**United States Magistrate Judge**