UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al.<br><br>              Plaintiffs,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC., et al.,<br><br>              Defendants. | 2:12-cv-00515-GMN-NJK<br><br>**O R D E R** |

Before the Court is Defendant Sanofi-Aventis U.S. LLC's Motion for Court Order Permitting Production of Records (Docket No. 137). The Court has considered Defendant's motion and finds there is no need for a response. Further, the Court finds this motion appropriately resolved without oral argument. Local Rule 78-2. For the reasons discussed below, Defendant's motion is hereby DENIED without prejudice.

**I.     FAILURE TO CITE POINTS AND AUTHORITIES**

Defendant seeks a Court order "authorizing the release of Mr. Kwasnieski's employment records from Morgans and Hard Rock." Docket No. 137, at 9. Defendant has not, however, cited a single case or statute to support its request. Pursuant to Local Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." LR 7-2. Accordingly, Defendant has consented to the denial of its motion.

Further, to the extent Defendant's motion was intended to be a motion to compel, Defendant failed to provide the text or responses to any of its written discovery requests. Local Rule 26-7(a)

states that "[a]ll motions to compel discovery or for protective order shall set forth in full the text of the discovery originally sought and the response thereto, if any." LR 26-7(a). Therefore, by not providing the complete text of any discovery request, Defendant's motion fails to comply with the Local Rules. Additionally, the Court cannot determine that a particular response to a request for discovery was improper without knowing what request was made or what response was given.

## II.  CONCLUSION

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Sanofi-Aventis U.S. LLC's Motion for Court Order Permitting Production of Records (Docket No. 137) is DENIED without prejudice.

DATED: March 17, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge