# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al., ) | |
| ) Plaintiffs, ) | Case No. 2:12-cv-00515-GMN-NJK |
| ) vs. ) | ORDER DENYING MOTION TO STAY |
| SANOFI-AVENTIS U.S., LLC, ) ) | (Docket No. 151) |
| Defendant. ) | |

Pending before the Court is Plaintiffs' motion to stay discovery. Docket No. 151. Because that motion does not address the proper standards, it is hereby DENIED without prejudice.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

The parties are ORDERED to submit a proposed joint discovery plan no later than June 14, 2016. In the alternative, Plaintiff may submit a renewed motion to stay discovery that addresses the proper standards, no later than June 14, 2016.

IT IS SO ORDERED.

DATED: June 7, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge