1 V. ANDREW CASS
Nevada Bar No. 005246
2 KEITH A. WEAVER
Nevada Bar No. 10271
3 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
4 Las Vegas, Nevada 89118
702.893.3383
5 FAX: 702.893.3789
E-Mail: cass@lbbslaw.com
6 E-Mail: weaver@lbbslaw.com
*Attorneys for Defendant Behavioral Healthcare*
7 *Options, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KWASNIEWSKI, individually, and as Special Administrator of the ESTATE OF ANDREW A. KWASNIEWSKI; TAYLOR L. KWASNIEWSKI; and DYLAN A. KWASNIEWSKI, a minor, by and through Jennifer Kwasneiwski, his mother and guardian, <br><br> Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC, a Delaware limited liability company; NADINE LEONE, MFT; BEHAVIORAL HEALTHCARE OPTIONS, INC., a Nevada corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO. 2:12-cv-00515-GMN-NJK <br><br> **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER** |

Attorney Keith A. Weaver of LEWIS BRISBOIS BISGAARD & SMITH LLP, brings this Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuance of Notice. Defendant Behavioral Healthcare Options, Inc. has been dismissed with prejudice from the case.

/ / /

/ / /

4835-7531-3714.1

1 | Therefore, I respectfully request that my name be removed from the CM/ECF service list.

2 | DATED this 14th day of June, 2016

3 | LEWIS BRISBOIS BISGAARD & SMITH LLP

5 | By        /s/   Keith A. Weaver
V. ANDREW CASS
Nevada Bar No. 005246
KEITH A. WEAVER
Nevada Bar No. 10271
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Behavioral Healthcare Options, Inc.*

12 | IT IS SO ORDERED this __14th__ day of June, 2016

UNITED STATES MAGISTRATE JUDGE

4835-7531-3714.1

2