1  V. ANDREW CASS
   Nevada Bar No. 005246
2  KEITH A. WEAVER
   Nevada Bar No. 10271
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   702.893.3383
5  FAX: 702.893.3789
   E-Mail:  cass@lbbslaw.com
6  E-Mail:  weaver@lbbslaw.com
   *Attorneys for Defendant Behavioral Healthcare*
7  *Options, Inc.*

8

9                    UNITED STATES DISTRICT COURT

10                          DISTRICT OF NEVADA

11

12 | JENNIFER KWASNIEWSKI, individually, | CASE NO. 2:12-cv-00515-GMN- NJK
   | and as Special Administrator of the ESTATE |
13 | OF ANDREW A. KWASNIEWSKI; |
   | TAYLOR L. KWASNIEWSKI; and DYLAN | **MOTION TO REMOVE COUNSEL**
14 | A. KWASNIEWSKI, a minor, by and through | **FROM CM/ECF SERVICE LIST AND**
   | Jennifer Kwasneiwski, his mother and | **REQUEST FOR DISCONTINUATION OF**
15 | guardian, | **NOTICE AND ORDER**

16            Plaintiffs,

17       vs.

18 SANOFI-AVENTIS U.S. LLC, a Delaware
   limited liability company; NADINE LEONE,
19 MFT; BEHAVIORAL HEALTHCARE
   OPTIONS, INC., a Nevada corporation;
20 DOES I through X, inclusive; ROE
   CORPORATIONS I through X, inclusive,
21
              Defendants.
22

23

24       Attorney V. Andrew Cass of LEWIS BRISBOIS BISGAARD & SMITH LLP, brings this

25 Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuance of Notice.

26 Defendant Behavioral Healthcare Options, Inc. has been dismissed with prejudice from the case.

27 / / /

28 / / /

4842-7314-3090.1

1  Therefore, I respectfully request that my name be removed from the CM/ECF service list.

2  DATED this 14th day of June, 2016

3  LEWIS BRISBOIS BISGAARD & SMITH LLP

5  By  /s/  V. Andrew Cass
V. ANDREW CASS
Nevada Bar No. 005246
KEITH A. WEAVER
Nevada Bar No. 10271
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Behavioral Healthcare Options, Inc.*

12  IT IS SO ORDERED this 14th day of June, 2016

_____
UNITED STATES MAGISTRATE JUDGE

4842-7314-3090.1                                2