UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al., | Case No. 2:12-cv-00515-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SANOFI-AVENTIS U.S. LLC, | (Docket No. 177) |
| Defendant(s). | |

Pending before the Court is Defendant's motion for protective order regarding the Rule 30(b)(6) deposition currently noticed for January 4, 2017. Docket No. 177. As an initial matter, the motion seeks a continuance of the deposition and represents that Plaintiffs' counsel is amenable to such continuance. *See, e.g.*, Docket No. 177 at 3. Parties are permitted to stipulate to continuing a deposition without Court approval so long as doing so does not interfere with the schedule set by the Court. *See* Fed. R. Civ. P. 29. To the extent an agreed continuance does interfere with the schedule set by the Court, the parties should file a stipulation seeking Court approval. *See, e.g.*, Local Rule 7-1. As such, the motion for protective order is **DENIED** as moot to the extent it seeks to continue the deposition date.[1] The parties shall agree to a new date among themselves and, if necessary under Rule 29, shall file a stipulation for Court approval by December 28, 2016.

---

[1] The remainder of the motion for protective order remains pending.

Additionally, Defendant's counsel protests the date of the deposition because he "will be with family and generally unavailable over the holidays." Docket No. 177-1 at ¶ 4. Based on the timing of the filing of the motion, Plaintiffs' counsel would be required to prepare a response over the holidays as it is due January 5, 2017. *See* Local Rule 7-2(b).[2] Given that the deposition will not go forward as currently scheduled, the Court hereby **EXTENDS** the response deadline to the motion to January 19, 2017.

IT IS SO ORDERED.

DATED: December 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] The Court notes that Rule 6 of the Federal Rules of Civil Procedure has been amended, effective December 1, 2016, such that an additional three days is no longer added to deadlines based on the service of a motion through the Court's CM/ECF system. *See* Fed. R. Civ. P. 6(d) (omitting provision for additional time when service is completed electronically pursuant to Rule 5(b)(2)(E)).