# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al.,     ) | Case No. 2:12-cv-00515-GMN-NJK |
|     ) | |
| Plaintiff(s),     ) | ORDER |
|     ) | |
| vs.     ) | |
|     ) | |
| SANOFI-AVENTIS U.S. LLC, et al.,     ) | (Docket No. 185) |
|     ) | |
| Defendant(s).     ) | |

Pending before the Court is the parties' joint motion for status conference call regarding upcoming deposition and pending discovery issues, which is hereby **GRANTED**.  Docket No. 185. The Court **SETS** a telephonic scheduling conference in this case for 9:00 a.m. on March 1, 2017. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: February 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge