1 Eckley M. Keach, Esq.
Nevada Bar No. 1154
2 ECKLEY M. KEACH, CHTD.
3 521 South Third Street
Las Vegas, NV  89101
4 (702) 685-6111

5
Robert E. Murdock, Esq.
6 Nevada Bar No. 4013
MURDOCK & ASSOCIATES, CHTD.
7 521 South Third Street
Las Vegas, NV  89101
8 (702) 685-6111
9 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KWASNIEWSKI, individually and as Special Administrator of the ESTATE OF ANDREW A. KWASNIEWSKI; TAYLOR L. KWASNIEWSKI; and DYLAN A. KWASNIEWSKI, a minor, by and through Jennifer Kwasniewski, his mother and guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00515-GMN-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION FOR PROTECTIVE ORDER /DOCKET 226/**<br><br>**/First Request/** |

IT IS HEREBY STIPULATED by and between Plaintiffs Jennifer Kwasniewski, individually and as Special Administrator of the Estate Of Andrew A. Kwasniewski; Taylor L. Kwasniewski; and Dylan A. Kwasniewski, a minor, by and through Jennifer Kwasniewski, his mother and guardian, by and through their attorneys of record Murdock & Associates, Chtd. and

Eckley M. Keach, Chtd., and Defendant SANOFI-AVENTIS U.S. LLC, by and through its attorneys of record Morris Law Group and Shook, Hardy & Bacon, LLP, that Plaintiffs shall have until Friday, September 8, 2017, to file their Response to Defendant Sanofi-Aventis, U.S., LLC's Motion for Protective Order (Docket 226). Currently, Plaintiffs' Response is due on August 28, 2017. The reason for the requested extension is that Counsel for Plaintiffs (Mr. Murdock) was out of town from 8/14/17 through 8/18/17 taking FRCP 30(B)6 depositions in New Jersey, and will be out of town from 8/21/17 through 8/28/17 (taking son to College at Columbia University in New York). He also will be out of town in Cleveland, Ohio from 9/1/17 through 9/4/17 attending a wedding. This is the First Request for an extension.

IT IS SO STIPULATED.

Dated this 21st day of August, 2017.

| MURDOCK & ASSOCIATES, CHTD. ECKLEY M. KEACH, CHTD. | MORRIS LAW GROUP |
|---|---|
| /s/ Robert E. Murdock<br>Robert E. Murdock, Esq.<br>Eckley M. Keach, Esq.<br>521 S. Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* | /s/ Rosa Solis-Rainey<br>Steve Morris, Esq.<br>Rosa Solis-Rainey, Esq.<br>411 E. Bonneville Ave., Ste. 360<br>Las Vegas, NV 89101<br><br>SHOOK HARDY BACON, LLP<br>Jon Andrew Strongman, Esq.(*pro hac vice*)<br>Eric Swan, Esq. (*pro hac vice*)<br>Harvey L Kaplan, Esq. (*pro hac vice*)<br>2555 Grand Blvd<br>Kansas City, MO 64108<br>*Attorney for Defendant Sanofi-Aventis US, LLC* |

**ORDER**

IT IS SO ORDERED this _ August 22 _____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2