Steve Morris, NV Bar No. 1543
Rosa Solis-Rainey, NV Bar No. 7921
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: sm@morrislawgroup.com
Email: rsr@morrislawgroup.com

Jon Strongman (*pro hac vice*)
Eric Swan (*pro hac vice*)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Email: jstrongman@shb.com
Email: hkaplan@shb.com
Email: eswan@shb.com

Attorneys for Defendant
sanofi-aventis U.S. LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00515-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE ON SANOFI-AVENTIS' MOTION FOR PROTECTIVE ORDER**<br><br>**SECOND REQUEST**<br><br>**(FIRST REQUEST BY DEFENDANT)** |

      Pursuant to LR II 26-4, Plaintiffs and Defendant sanofi-aventis US, LLC ("sanofi-aventis") hereby stipulate to extend the briefing deadline for the Reply in Support of sanofi-aventis' Motion for Protective Order. The Reply is currently due on September 7, 2017 and the parties have

agreed to provide sanofi-aventis until September 29, 2017 to reply. Due to pre-existing professional obligations, sanofi-aventis' counsel has not had an opportunity for more than a cursory review of the response, which appears to raise very fact-intensive issues that will need to be addressed on reply.

Undersigned counsel for sanofi-aventis certifies that this request is made in good faith and not for purpose of delay.

| ECKLEY M. KEACH, CHTD. | MORRIS LAW GROUP |
|---|---|
| By: /s/ROBERT E. MURDOCK<br>Eckley M. Keach, No. 1154<br>Robert E. Murdock, No. 4013<br>521 South Third St.<br>Las Vegas, Nevada 89101<br>emkeach@yahoo.com<br>lasvegasjustice@aol.com | By: /s/ROSA SOLIS-RAINEY<br>Steve Morris, No. 1543<br>Rosa Solis-Rainey, No. 7921<br>900 Bank of America Plaza<br>300 South Fourth Street |
| *Attorneys for Plaintiffs* | SHOOK, HARDY & BACON, LLP<br>Jon Strongman (pro hac vice)<br>Harvey L. Kaplan (pro hac vice)<br>Eric Swan (pro hac vice)<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br><br>*Attorneys for Defendant*<br>*sanofi-aventis U.S. LLC* |

**ORDER**   Dated: 9/15/2017

It is so ordered.

_____
United States Magistrate Judge