Steve Morris, NV Bar No. 1543
Rosa Solis-Rainey, NV Bar No. 7921
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: sm@morrislawgroup.com
Email: rsr@morrislawgroup.com

Jon Strongman (*pro hac vice*)
Eric Swan (*pro hac vice*)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Email: jstrongman@shb.com
Email: hkaplan@shb.com
Email: eswan@shb.com

Attorneys for Defendant
sanofi-aventis U.S. LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS U.S. LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:12-cv-00515-GMN-CWH <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER PENDING WITHDRAWAL (ECF #226)** <br><br> **FOURTH REQUEST** |

Presently before the Court is Defendant's Motion for Protective Order (ECF #226). Plaintiffs responded to the motion on September 8, 2017 (ECF #230). The parties agreed to extend the reply deadline until October

13, 2017 to continue discussions that would eliminate the need for judicial intervention.

The parties have continued to meet and confer regarding the issues addressed in the motion, and have come to a mutually acceptable resolution that once completed, will eliminate, or at a minimum change, the need for the Court's intervention. Defendant sanofi-aventis U.S., LLC will respond to the agreed upon requests per the parties meet-and-confer by Friday, October, 20, 2017. Once sanofi-aventis properly responds, Plaintiffs agree to stipulate to the withdrawal of the motion.

Accordingly, the parties stipulate to extend the deadline for sanofi-aventis to file its reply until Friday, October 27, 2017, pending the withdrawal of the motion.

| | |
|---|---|
| ECKLEY M. KEACH, CHTD. and MURDOCK & ASSOCIATES, CHTD. | MORRIS LAW GROUP |
| By: /s/ROBERT E. MURDOCK<br>    Eckley M. Keach, No. 1154<br>    Robert E. Murdock, No. 4013<br>    521 South Third St.<br>    Las Vegas, Nevada 89101<br>    emk@keachmurdock.com<br>    rem@keachmurdock.com | By: /s/ROSA SOLIS-RAINEY<br>    Steve Morris, No. 1543<br>    Rosa Solis-Rainey, No. 7921<br>    411 E. Bonneville Avd., Ste 360<br>    Las Vegas, NV 89101<br>    rsr@morrislawgroup.com<br>    sm@morrislawgroup.com |
| *Attorneys for Plaintiffs* | SHOOK, HARDY & BACON, LLP<br>Jon Strongman (pro hac vice)<br>Harvey L. Kaplan (pro hac vice)<br>Eric Swan (pro hac vice)<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br><br>*Attorneys for Defendant*<br>*sanofi-aventis U.S. LLC* |

**ORDER**

It is so ordered.

Dated: 10/16/17

_____
United States Magistrate Judge