Steve Morris, NV Bar No. 1543
Rosa Solis-Rainey, NV Bar No. 7921
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: sm@morrislawgroup.com
Email: rsr@morrislawgroup.com

Jon Strongman (*pro hac vice*)
Eric Swan (*pro hac vice*)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Email: jstrongman@shb.com
Email: hkaplan@shb.com
Email: eswan@shb.com

Attorneys for Defendant
sanofi-aventis U.S. LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al., | Case No. 2:12-cv-00515-GMN-CWH |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION FOR PROTECTIVE ORDER (ECF #226)** |
| SANOFI-AVENTIS U.S. LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Presently before the Court is Defendant's Motion for Protective Order (ECF #226). Plaintiffs responded to the motion on September 8, 2017 (ECF #230). The parties agreed to extend the reply deadline until October

13, 2017 to continue discussions that would eliminate the need for judicial intervention.

The parties have agreed upon a mutually acceptable resolution and hereby stipulate to withdraw the motion (ECF #226).

| | |
|---|---|
| ECKLEY M. KEACH, CHTD. and MURDOCK & ASSOCIATES, CHTD. | MORRIS LAW GROUP |
| By: /s/ROBERT E. MURDOCK<br>  Eckley M. Keach, No. 1154<br>  Robert E. Murdock, No. 4013<br>  521 South Third St.<br>  Las Vegas, Nevada  89101<br>  emk@keachmurdock.com<br>  rem@keachmurdock.com | By: /s/ROSA SOLIS-RAINEY<br>  Steve Morris, No. 1543<br>  Rosa Solis-Rainey, No. 7921<br>  411 E. Bonneville Ave., Ste 360<br>  Las Vegas, NV  89101<br>  rsr@morrislawgroup.com<br>  sm@morrislawgroup.com |
| *Attorneys for Plaintiffs* | SHOOK, HARDY & BACON, LLP<br>Jon Strongman (*pro hac vice*)<br>Harvey L. Kaplan (*pro hac vice*)<br>Eric Swan (*pro hac vice*)<br>2555 Grand Blvd.<br>Kansas City, Missouri  64108<br><br>*Attorneys for Defendant<br>sanofi-aventis U.S. LLC* |

**ORDER**

It is so ordered.

October 30, 2017

_____
United States Magistrate Judge

2