1  Eckley M. Keach, Esq.
   Nevada Bar No. 1154
2  ECKLEY M. KEACH, CHTD.
3  521 South Third Street
   Las Vegas, NV  89101
4  (702) 685-6111

5  Robert E. Murdock, Esq.
6  Nevada Bar No. 4013
   MURDOCK & ASSOCIATES, CHTD.
7  521 South Third Street
   Las Vegas, NV  89101
8  (702) 685-6111
9  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KWASNIEWSKI, individually and as Special Administrator of the ESTATE OF ANDREW A. KWASNIEWSKI; TAYLOR L. KWASNIEWSKI; and DYLAN A. KWASNIEWSKI, a minor, by and through Jennifer Kwasniewski, his mother and guardian, <br><br> Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:12-cv-00515-GMN-CWH <br><br> **STIPULATION AND ORDER TO EXTEND THE BRIEFING DEADLINE FOR PLAINTIFFS' REPLIES REGARDING MOTION FOR SUMMARY JUDGMENT RE: LEARNED INTERMEDIARY DOCTRINE (ECF NO. 237) AND MOTION FOR SUMMARY JUDGMENT RE: ISSUE OF DEFECT (ECF NO. 239)** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs and Defendant Sanofi-Aventis US, LLC ("Sanofi-Aventis") hereby stipulate to extend the briefing deadline for Plaintiffs' Replies regarding Motion for Summary Judgment re: Learned Intermediary Doctrine (ECF No. 237), filed on 9/26/17 and Motion for Summary Judgment re: Issue of Defect (ECF No. 239), filed on 9/26/17.

1

On 9/26/17 Plaintiffs filed the redacted versions of their Motions for Summary Judgment (ECF No. 237 and ECF No. 239). The Court's filing CM/ECF system *estimated* the Responses due date to 10/17/17. Counsel for Sanofi-Aventis pointed out that 3 additional days should be added to this deadline, because the un-redacted versions of both Motions for Summary Judgment were sent to Defendant by US mail. Therefore, Plaintiffs agreed that this is reasonable and gave Sanofi-Aventis until 10/20/17 to file its Responses to both Motions for Summary Judgment.

Similarly, Sanofi-Aventis filed its redacted Responses to the Motions for Summary Judgment on 10/20/17 under ECF No. 247 and ECF No. 249. The un-redacted versions of Sanofi-Aventis's Responses were sent to Plaintiffs by US mail. Plaintiffs' Counsel requested to be allowed to add 3 days for filing its Replies and Sanofi-Aventis' Counsel agreed that the estimated by the Court's filing CM/ECF system due date of 11/3/17 for Plaintiffs' Replies should be extended to 11/6/17.

*//*

*//*

*//*

*//*

*//*

*//*

*//*

*//*

*//*

*//*

*//*

*//*

Accordingly, *in an abundance of caution*, the parties have stipulated to extend the deadline for Plaintiffs to file their Replies regarding the Motion for Summary Judgment (ECF No. 237) and the Motion for Summary Judgment (ECF No. 239) until 11/6/17. The undersigned counsel for Plaintiffs certifies that this request is made in good faith and not for purpose of delay.

Dated this 2nd day of November, 2017.

| MURDOCK & ASSOCIATES, CHTD. | MORRIS LAW GROUP |
|---|---|
| ECKLEY M. KEACH, CHTD. | |
| | /s/ Rosa Solis-Rainey |
| /s/ Robert E. Murdock | Steve Morris, Esq. |
| Robert E. Murdock, Esq. | Rosa Solis-Rainey, Esq. |
| Eckley M. Keach, Esq. | 411 E. Bonneville Ave., Ste. 360 |
| 521 S. Third Street | Las Vegas, NV 89101 |
| Las Vegas, NV 89101 | |
| *Attorneys for Plaintiffs* | SHOOK HARDY BACON, LLP |
| | Jon Andrew Strongman, Esq.(*pro hac vice*) |
| | Eric Swan, Esq. (*pro hac vice*) |
| | Harvey L Kaplan, Esq. (*pro hac vice*) |
| | 2555 Grand Blvd |
| | Kansas City, MO 64108 |
| | *Attorney for Defendant Sanofi-Aventis US, LLC* |

## **ORDER**

**IT IS SO ORDERED.**

DATED this  3  day of November, 2017

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT