UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JENNIFER KWASNIEWSKI, et al.,

    Plaintiffs,

v.

SANOFI-AVENTIS U.S., LLC,

    Defendant.

Case No. 2:12-cv-00515-GMN-CWH

ORDER

On November 29, 2017, this Court held a hearing (ECF No. 262) on Defendant's motions to compel (ECF Nos. 213, 214), at which it ordered Plaintiff to produce the records relevant to the motion to compel for *in camera* inspection. Plaintiff had previously provided these records to Defendant only in a redacted format (ECF No. 213, Ex. 7). On December 8, 2017, Plaintiff provided the unredacted records to the Court.

Upon review, the Court finds material relevant and proportionate to the needs of the case on pages two, five, and six of the unredacted records. The Court will file a sealed copy of these pages on the docket, to remain confidential subject to the parties' stipulated protective order (ECF No. 62). The portion of these pages containing information either not relevant or not proportionate to the needs of the case will be redacted. The Court will retain a copy of the unredacted records.

IT IS THEREFORE ORDERED that Defendant's motions to compel (ECF Nos. 213, 214) are GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Clerk shall file and SEAL the selected portions of the unredacted records, along with a copy of the original redacted records.

DATED: December 13, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1