Steve Morris, NV Bar No. 1543
Rosa Solis-Rainey, NV Bar No. 7921
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: sm@morrislawgroup.com
Email: rsr@morrislawgroup.com

Jon Strongman (*pro hac vice*)
William Northrip (*pro hac vice*)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Email: jstrongman@shb.com
Email: wnorthrip@shb.com

Attorneys for Defendant
Sanofi-Aventis U.S. LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS U.S. LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:12-cv-00515-GMN-CWH <br><br> **STIPULATION AND ORDER TO STAY PROCEEDINGS TO ALLOW PARTIES TIME TO MEDIATE** <br><br> **FIRST REQUEST** |

As the Court is aware, this Court was filed in state court on February 29, 2012, and was timely removed to this Court where it has been pending. A full stay of proceedings entered pending a decision from the Ninth Circuit Court of Appeals on an interlocutory appeal of an order denying remand resulted in significant delay, and the case became fully

active again in mid-2016. The operative scheduling order in the case (ECF No. 315) was entered on June 14, 2018. The scheduling order set the close of fact discovery for December 20, 2018. Although the parties have some outstanding fact discovery issues to resolve, fact discovery is complete.

Before continuing with expert discovery, the parties have agreed to participate in mediation, which has been scheduled through JAMS for February 12, 2018. In order to prepare for mediation, the parties have agreed to seek a stay of deadlines that remain open, and believe that a full stay of judicial proceedings until that time will allow them to focus on the mediation efforts. Should mediation fail, the parties would not seek to extend fact discovery, other than to permit a short time to resolve outstanding discovery issues and the discovery fact issues that may be allowed by the Court pending various Motions. The parties agree that any Motion, Discovery Motion, Pleading, Opposition, Reply, Supplement, which could have been filed on December 20, 2018, may be filed without consequence as to timing if the mediation is not successful within 30 days after the unsuccessful mediation.

The parties request a stay of the following motions pending before the Court; where a hearing has been set, it is noted and the parties respectfully ask that the hearing be vacated at this time:

1. **ECF No. 318** – Sanofi-Aventis' Objection to Magistrate Judge's Order re Spoliation (ECF No. 313).
2. **ECF No. 335/336** – Plaintiffs' Motion to Disqualify Northrip and SHB from representing third-party Yadav, set for hearing at 9:00 a.m. on January 18, 2019.
3. **ECF No. 348/349** – Plaintiffs' Motion for Protective Order re Dr. Miller Deposition, set for hearing at 9:00 a.m. on January 18, 2019.

4. **ECF No. 359/360** – Plaintiffs' Motion to Lift Stipulated Protective Order ECF 62 for a Limited Purpose, set for hearing at 9:00 a.m. on January 18, 2019.

5. **ECF No. 368/369** – Sanofi-Aventis' Motion to Further Supplement Objection to Magistrate Judge's Order re Spoliation

The parties also request that the following remaining deadlines be continued for 60 days, as noted, to allow time for the scheduled mediation:

| ACTION | EXISTING DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for plaintiffs to disclose experts | 1/21/19 | 3/22/19 |
| Deadline for Defendants to Complete Depositions of Plaintiffs Experts | 2/15/19 | 4/16/19 |
| Deadline for Defendants to disclose experts | 2/28/19 | 4/29/19 |
| Deadline for Plaintiffs to Complete Depositions of Defense Experts | 3/22/19 | 5/21/19 |
| Deadline for Dispositive & Daubert Motions | 4/26/19 | 6/15/19 |
| Deadline to submit Pretrial Order | 5/24/19 | 7/26/19 |

. . .
. . .
. . .
. . .
. . .

3

1  For the foregoing reasons, the parties stipulate to stay all
2  further judicial proceedings to permit time for mediation, and to continue
3  the remaining deadlines as set forth.

4

| ECKLEY M. KEACH, CHTD. and MURDOCK & ASSOCIATES, CHTD. | MORRIS LAW GROUP |
|---|---|
| By: /s/ROBERT E. MURDOCK<br>Eckley M. Keach, No. 1154<br>Robert E. Murdock, No. 4013<br>521 South Third St.<br>Las Vegas, Nevada 89101<br>emk@keachmurdock.com<br>rem@keachmurdock.com<br>*Attorneys for Plaintiffs* | By: /s/ROSA SOLIS-RAINEY<br>Steve Morris, No. 1543<br>Rosa Solis-Rainey, No. 7921<br>411 E. Bonneville Ave., Ste 360<br>Las Vegas, NV 89101<br>rsr@morrislawgroup.com<br>sm@morrislawgroup.com<br>SHOOK, HARDY & BACON, LLP<br>Jon Strongman (pro hac vice)<br>Harvey L. Kaplan (pro hac vice)<br>Eric Swan (pro hac vice)<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>*Attorneys for Defendant*<br>*Sanofi-Aventis U.S. LLC* |

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

4

# ORDER

**IT IS HEREBY ORDERED** that the parties' Stipulation to Stay, (ECF No. 372), is **GRANTED** as follows:

1. This case is hereby **STAYED** pending the parties' mediation on February 12, 2019. The parties shall file a joint status report by February 19, 2019, informing the Court of the status of the parties' mediation.

2. The following Motions are **DENIED as Moot** without prejudice to the refiling of the Motions if mediation negotiations are unsuccessful: Objection, (ECF No. 318), Motion to Disqualify, (ECF Nos. 335, 336), Motion for Protective Order, (ECF Nos. 348, 349), Motion to Lift Stipulated Protective Order, (ECF Nos. 359, 360), and Motion to Supplement the Objection, (ECF No. 368, 369).

3. The January 18, 2019, hearing on the Motion to Disqualify, (ECF Nos. 335, 336), Motion for Protective Order, (ECF Nos. 348, 349), and Motion to Lift Stipulated Protective Order, (ECF Nos. 359, 360), is **VACATED.**

4. Pursuant to the parties' stipulation, should mediation be unsuccessful, any motion, pleading, discovery motion, opposition, reply, or supplement that could have been filed by December 20, 2018, shall be filed or refiled within 30 days of the parties' status report indicating that mediation was not successful.

**IT IS FURTHER ORDERED** that the parties' discovery deadlines are hereby modified as follows:

1. The deadline for Plaintiffs to Disclose Experts is **March 22, 2019.**
2. The deadline for Defendants to Complete Depositions of Plaintiffs' experts is **April 16, 2019.**
3. The deadline for Defendants to Disclose Experts is **April 29, 2019.**
4. The deadline for Plaintiffs to Complete Depositions of Defendant's experts is **May 21, 2019**.
5. The deadline for dispositive and/or *Daubert* Motions is **June 15, 2019.**

**IT IS FURTHER ORDERED** that, for good cause appearing, the parties' stipulation to seal, (ECF No. 371), is **GRANTED.**

**IT IS SO ORDERED.**

DATED this __2__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT