# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al., | Case No. 2:12-cv-00515-GMN-CWH |
| Plaintiffs, | **ORDER** |
| v. | |
| SANOFI-AVENTIS U.S. LLC, et al., | |
| Defendants. | |

The court is in receipt of a hand-delivered letter from plaintiff's counsel, dated February 13, 2019. The attached letter was delivered to chambers and does not appear on the docket. The letter states that the parties have reached a settlement and requests a continuance of the joint status report deadline. Given that the parties have settled this matter, the court will grant the request. Further, plaintiff's counsel is advised that under the Local Rules

> an attorney or pro se party must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties.

LR IA 7-1(b). All future requests for relief must be made by motion or stipulation and filed on the docket.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that all pending discovery deadlines are STAYED.

IT IS FURTHER ORDERED that by March 25, 2019, the parties must file a stipulated dismissal or submit to the court a joint status report outlining what issues are impeding settlement and how or if the court can assist.

DATED: February 22, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Murdock & Associates, Chtd.
A Professional Law Corporation
521 South Third Street
Las Vegas, NV 89101
E-mail: rem@keachmurdock.com

Telephone
(702) 685-6111
Facsimile
(702) 685-6222

Robert E. Murdock

February 13, 2019

*Via Hand Delivery*
Hon. Gloria M. Navarro
Hon. C. W. Hoffman, Jr.
US District Court
District of Nevada
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Re: Kwasniewski v. Sanofi-Aventis US, LLC, Case No. 2:12-cv-00515-GMN-CWH

Dear Judge Navarro and Magistrate Hoffman,

I am writing to inform you that this matter has resolved by way of mediation. However, it will take a while to finalize the Release paperwork and other settlement materials. We believe that this may take somewhere between 30-60 days. Accordingly, we are requesting that the current Joint Status Report due date of February 19, 2019 be continued for 60 days. That will give us enough time to finalize everything.

On behalf of myself, Mr. Keach, Mr. Northrip and Ms. Solis-Rainey we wish to thank you for all of your work and help in this matter.

Respectfully Submitted,

MURDOCK & ASSOCIATES, CHTD.

/s/ Robert E. Murdock, Esq.

REM/vam

cc: Rosa Solis-Rainey, Esq.
    William Northrip, Esq.