Steve Morris, NV Bar No. 1543
Rosa Solis-Rainey, NV Bar No. 7921
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: sm@morrislawgroup.com
Email: rsr@morrislawgroup.com

Jon Strongman (*pro hac vice*)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Email: jstrongman@shb.com

William F. Northrip (*pro hac vice*)
SHOOK, HARDY & BACON, LLP
111 S. Wacker Dr. 51st Floor
Chicago, Illinois 60606
Telephone: (312) 704-7700
Email: wnorthrip@shb.com

Attorneys for Defendant
Sanofi-Aventis U.S. LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KWASNIEWSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS U.S., LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:12-cv-00515-GMN-NJK <br><br> **STIPULATION TO DISMISS ALL CLAIMS AND THIS ACTION WITH PREJUDICE** |

Plaintiffs Jennifer Kwasniewski, individually and as Special Administrator of the Estate of Andrew A. Kwasniewski; Taylor L. Kwasniewski; and Dylan A. Kwasniewski, a minor, by and through Jennifer Kwasniewski, his mother and guardian, and Defendant Sanofi-Aventis U.S., LLC, by and through their undersigned counsel, hereby stipulate to dismiss all claims, as well as this action, with prejudice, each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated this 19th day of April, 2019 | Dated this 19th day of April, 2019 |
| ECKLEY M. KEACH, CHTD. and MURDOCK & ASSOCIATES, CHTD. | MORRIS LAW GROUP |
| By: /s/ROBERT E. MURDOCK<br>Eckley M. Keach, No. 1154<br>Robert E. Murdock, No. 4013<br>521 South Third St.<br>Las Vegas, Nevada 89101<br>emk@keachmurdock.com<br>rem@keachmurdock.com | By: /s/ ROSA SOLIS-RAINEY<br>Steve Morris, Bar No. 1543<br>Rosa Solis-Rainey, Bar No. 7921<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | SHOOK, HARDY & BACON, LLP<br>Jon Strongman (*pro hac vice*)<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br><br>William Northrip (*pro hac vice*)<br>111 S. Wacker Dr. 51st Floor<br>Chicago, Illinois 60606<br><br>*Attorneys for Defendant Sanofi-Aventis U.S. LLC* |

### ORDER

IT IS SO ORDERED.

DATED this __25__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court